**No. 41310.**—Protest 29264–G of Rothschild Bros. & Co. (New York).

Opinion by TILSON, J. Embroidered flouncings similar to those involved in United States v. Smith (12 Ct. Cust. Appls. 384, T. D. 40544) were held dutiable at 75 percent under paragraph 1430 as claimed.

**No. 41311.**—Protest 281218–G of American Express Co. (New York).

Opinion by TILSON, J. It was stipulated that the merchandise consists of articles in chief value of cellulose filaments similar to those involved in Abstract 37230. The claim at 60 percent under paragraph 31 was therefore sustained.

**No. 41312.**—Petition 5484–R of F. Vizcaya (Laredo).

Opinion by TILSON, J. From the evidence it was found that the entry was made without any intention to defraud the revenue of the United States, or to conceal or misrepresent the facts of the case. The petition was therefore granted.

**No. 41313.**—Protest 96177–G of California Sanitary Rag Co. (San Francisco).

Opinion by KINCHELOE, J. It was stipulated that the merchandise consists of towels, tea towels, and dish towels similar to those covered by National Rag & Waste Co. v. United States (T. D..49564). The claim as cotton towels under paragraph 911 (a) was therefore sustained.

**No. 41314.**—Protest 957653–G of Samuel S. Perry (San Francisco).

Opinion by KINCHELOE, J. On the authority of Akawo v. United States (T. D. 48067) the protest was sustained.

**No. 41315.**—Protest 949735–G of Sears, Roebuck & Co. (Boston).

Opinion by KINCHELOE, J. It was stipulated that the merchandise consists of so-called rice straw rugs the same as those the subject of Abstract 33609. The claim as rugs in chief value of cotton at 35 percent under paragraph 921 was therefore sustained.

**No. 41316.**—Protests 784578–G, etc., of American Cyanamid & Chemical Corp. (Norfolk).

Opinion by KINCHELOE, J. On the authority of United States v. Field (25 C. C. P. A. 308, T. D. 49422) and Anniston v. Davis (301 U. S. 337) the protests were dismissed.